**Opinion issued October 29, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00092-CV

_____

**LYNNE M. JUREK, Appellant**

**V.**

**JEFFREY S. SHANNON II, Appellee**

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-38540**

---

## MEMORANDUM OPINION

Appellant, Lynne M. Jurek, has filed a motion to dismiss this appeal, stating she no longer desires to prosecute this appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. More than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP.

P. 42.1(a), 43.2(f).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Brown.